Francis J. Brennan, III
Attorney ID No.: 024611989
FBrennan@brennanlaw.org
BRENNAN LAW FIRM
A Professional Corporation
73 North Main Street
Cranbury, New Jersey 08512
(609) 395-5533
*Attorneys for Plaintiffs,*
Allenwood Circle Exxon, trading as Liquid Assets, Inc., Yogtirth LLC, and Amit Patel

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY
### TRENTON VICINAGE

| | |
|---|---|
| ALLENWOOD CIRCLE EXXON, trading as LIQUID ASSETS, INC., YOGTIRTH LLC, AND AMIT PATEL,<br><br>Plaintiffs,<br><br>v.<br><br>BMG EXTERIOR RENOVATIONS LLC AND RYCO CONTRACTING LLC,<br><br>Defendants. | Civil Action No.: 3:23-cv-21993-RK-JBD<br><br>The Honorable Robert Kirsch, U.S.D.J.<br>The Honorable J. Brendan Day, U.S.M.J.<br><br>*Electronically Filed*<br><br>**ORDER VACATING DEFAULT, PERMITTING AN ANSWER TO BE FILED, AND AWARDING SANCTIONS** |

**THIS MATTER** having come before the Honorable Robert Kirsch, U.S.D.J. by way of a teleconference on January 16, 2025, and by joint submission of Plaintiffs, Allenwood Circle Exxon, trading as Liquid Assets, Inc., Yogtirth LLC, and Amit Patel, (collectively, "Plaintiffs"), Defendant BMG Exterior Renovations LLC ("BMG"), and Defendant Ryco Contracting LLC ("Ryco"), through their respective counsel, and in accord with the Court's Text Order of January 16, 2025, and the Court having considered the matters set forth herein, and for good cause shown:

**IT IS ON THIS** __21__ **DAY OF** __January__ _____, 2025

**ORDERED** that the Entry of Default as to BMG entered on November 28, 2023 be and

the same is hereby vacated.

**IT IS FURTHER ORDERED** that BMG shall file an Answer to Plaintiffs' Complaint on or before February 15, 2025.

**IT IS FURTHER ORDERED** that the Report and Recommendation of the Honorable J. Brendan Day, U.S.M.J., filed on November 18, 2024, is hereby adopted, in part, finding BMG to be in civil contempt pursuant to 28 U.S.C. §636(e) and Federal Rule of Civil Procedure 45(g) for failure to comply with Ryco's Subpoena, the Court's July 25, 2024 Order, and the Court's September 30, 2024 Order to Show Cause and awarding accompanying sanctions to Plaintiffs and against BMG in the amount of $5,000.00 in attorneys' fees.

**IT IS FURTHER ORDERED** that Judgment is hereby entered against BMG and in favor of Plaintiffs in the amount of $5,000.00 in attorneys' fees as a result of BMG's civil contempt.

**IT IS FURTHER ORDERED** that a copy of this Order shall be served upon all parties within ___7___ days of receipt by counsel for Plaintiff.

_____
THE HONORABLE ROBERT KIRSCH, U.S.D.J.